Opinion issued January 14, 2010










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-09-00964-CV

____________


IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Texas Windstorm Insurance Association (TWIA) filed a petition for
a writ of mandamus complaining of Judge Criss's October 26, 2009 discovery order
in which she compelled TWIA to produce its complaint log from September 13, 2008,
to October 26, 2009. (1) See Tex. Ins. Code Ann. § 542.005(b) (Vernon 2009)
(requiring insurer to maintain record of complaints); 28 Tex. Admin. Code
§§ 21.2501-.2506 (2009) (maintenance of complaint records).

 We deny the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Keyes, Sharp, and Massengale.
1. 
 
'